# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

NOE SANTIAGO-LOPEZ

**WARRANT FOR ARREST**

CASE NUMBER: 2:05 mj 90-B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____NOE SANTIAGO-LOPEZ_____
                                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

**did knowingly with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Secretary to him, when in fact, such number is not the Social Security account number assigned by the Secretary to him,**

in violation of Title __42__, United States Code, Section(s) __408(a)(7)(B)__.

Delores R. Boyd
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

08/08/05    Montgomery, Alabama
Date and Location

(By) Deputy Clerk

Bail fixed at $_____    by _[signature]_
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | . |

AO 442 (Rev. 5/81) Warrant for Arrest