# COURTROOM DEPUTY'S MINUTES
## MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
√ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 8/9/05

DIGITAL Recording :3:35 - 4:08

PRESIDING MAG. JUDGE: DELORES R. BOYD     DEPUTY CLERK: Wanda Robinson
CASE NO.   2:05mj90-B                      DEFENDANT NAME: Noe Santiago-Lopez
AUSA: Andrew Schiff                        DEFT. ATTY: Christine Freeman

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

PTSO: Tamara Martin                        USPO: _____

Defendant (√) does; ( ) does NOT need an interpreter

Interpreter present  ( ) NO; (√) YES     Name: Beverly Childress

---

| | |
|---|---|
| √ | Date of Arrest 8/8/05  or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| √ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

ADDITIONAL MINUTES ATTACHED

| Description | 2:05mj90-B  USA v. Noe Santiago-Lopez:  Preliminary Hearing | |
|---|---|---|
| Date | 8 / 9 /2005    **Location**  Courtroom 4A | |
| **Time** | **Speaker** | **Note** |
| 3:51:00 PM | Government | Calls Witness Agent Diamond |
| 3:54:56 PM | Defendant | Questions Witness |
| 4:02:28 PM | Government | Re-Directs Witness |
| 4:08:01 PM | Court | Finds Probable Cause in this Case and this case will proceed; Remanded to USM for further proceedings |
| 4:08:59 PM | Court | Recess |