# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Noe Santiago-Lopez

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Noe Santiago-Lopez

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS:**
Magistrate: 2:05 mj 90-B
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor
42 USC 408 (a)(7)(B)

---

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☑ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $150/wk
- IF NO, give month and year of last employment. How much did you earn per month? $600/mo
- If married is your Spouse employed? ☑ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ approx. 400/mo
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  IF YES, state total amount $58? on account at Elmore Co. Jail

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $1000? Chevy Lumina 1994 (paid $1700 1yr 8mo ago) - not drivable for 2 months

---

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ MARRIED (common law)
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: Siblings son - 7yr

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| child support | | $200 |
| rent (approx.) | $ | $300 |
| elec | $ | $95 |
| water | $ | $30 |
| food | $ | $240 |
| car gas | $ | $20 |
| | | $885 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/9/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Noe Santiago Lopez